IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| Phyllis Milligan, | ) | |
|                  Plaintiff, | ) | C.A. No.: 1:25-cv-00082 |
| | ) | **NOTICE OF REMOVAL** |
| v. | ) | |
| | ) | |
| Greg Hegler and MNM Transport Services, LLC, | ) | |
| | ) | |
|                  Defendants. | ) | |

**TO:    PLAINTIFF AND HER ATTORNEYS.:**

Defendants Greg Hegler and MNM Transport Services, LLC (hereinafter collectively referred to as "Defendants," unless the context indicates otherwise), by and through their undersigned counsel, hereby remove the above-entitled action from the North Carolina General Court of Justice, Superior Court Division, Cleveland County, to this Court, pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446 on the following grounds:

1.    On or about November 22, 2024, a civil action was filed in the North Carolina General Court of Justice, Superior Court Division, Cleveland County, styled *Phyllis Milligan v. Greg Hegler and MNM Transport Services, LLC.*, Case No. 24-CVS-1938 (the "State Court Action").

2.    Not more than thirty (30) days ago, Defendant MNM Transport Services, LLC was served with a copy of the summons and complaint. To date, upon information and belief, Defendant Greg Hegler has not been served with a copy of the summons and complaint. This Notice of Removal is filed within thirty (30) days of alleged service upon Defendant MNM Transport Services, LLC.

1

3. Prior to filing this Notice of Removal, Defendants have made no answer or pleading in the State Court Action.

4. The Complaint is based upon damages claimed as arising from an automobile accident between one or more of the parties.

5. The Summons and Complaint assert that, at the time of the alleged collision, Plaintiff Phyllis Milligan ("Plaintiff") was at all times relevant hereto, a citizen and resident of the State of North Carolina (*see* Summons, attached herein as **Exhibit A**).

6. Defendant Greg Hegler ("Hegler") is and was at all times relevant hereto, a citizen and resident of the State of Michigan.

7. Defendant MNM Transport Services, LLC ("MNM") is and was at all time relevant hereto, a limited liability company incorporate under the laws of the State of Michigan with its principal place of business located in Michigan.

8. Azur Ramic is the sole member of MNM. Azur Ramic is and was at all times relevant, a citizen and resident of the State of Michigan.

9. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, inasmuch as the parties are citizens and residents of different states and the amount in controversy for Plaintiff exceeds $75,000.00, exclusive of interest and costs. Plaintiff's Complaint in the state court action only requests and/or pleads damages in excess of $25,000.00. Prior to filing this Notice of Removal, Plaintiff's Counsel was asked if they would stipulate or consent to capping damages in the state court action at $75,000.00, and Plaintiff's Counsel refused to do so. As such, the damages that Plaintiff is requesting and/or demanding in this action appears to be in excess of $75,000.00.

10. Accordingly, there is complete diversity of citizenship among the parties as Plaintiff is a citizen and resident of a state other than that of Defendants, for purposes of this Court's exercise of jurisdiction pursuant to 28 U.S.C. § 1332.

11. Written notice of the filing of this Notice of Removal has been served on all parties herein and a copy of this notice has been filed with the Clerk of Court of Cleveland County, North Carolina.

12. This Notice of Removal is filed in compliance with Rule 11, Federal Rules of Civil Procedure.

13. Attached as **<u>Exhibit A</u>** are copies of all processes, pleadings and other documents served upon Defendant in the State Court Action.

14. Defendants are filing this notice solely by reason of the requirements of 28 U.S.C. §1446, this notice has been timely filed pursuant to 28 U.S.C. § 1446(b), and removal is proper under 28 U.S.C. § 1446(c).

15. Defendants reserve all defenses, including but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and does not waive said defenses by the filing of this notice.

**WHEREFORE**, Defendants respectfully pray that the above-entitled action now pending against them in the North Carolina General Court of Justice, Superior Court Division, Cleveland County, be hereby removed from the above-referenced State Court to the United States District Court for the Western District of North Carolina.

This 18th day of March, 2025.

[Signature Page to Follow]

/s/John Dempsey
John Dempsey (N.C. Bar No.: 60587)
C. Frederic Marcinak (N.C. Bar No.: 38331)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
864.248.6025 – Phone
864.248.6035 - Fax
John.Dempsey@momarlaw.com
Fred.Marcinak@momarlaw.com
*Attorneys for Defendants*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| Phyllis Milligan, | ) | C.A. No.: 1:25-cv-00082 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| Greg Hegler and MNM Transport Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS HEREBY CERTIFIED that a copy of **Defendants' Notice of Removal** was served upon counsel of record via the Electronic Filing System and Electronic Mail, the 18th day of March, 2025, addressed as follows:

Frederick D. Poisson, Jr.
F. Davis Poisson, III
E. Stewart Poisson
Poisson, Poisson & Bower, PLLC
300 East Wade Street
Wadesboro, North Carolina 28170
fdp@poissonlaw.com
davis@poissonlaw.com
esp@poissonlaw.com
*Attorneys for Plaintiff*

/s/John Dempsey
John Dempsey (N.C. Bar No.: 60587)
C. Frederic Marcinak (N.C. Bar No.: 38331)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, SC 29616
864.248.6025 – Phone
864.248.6035 - Fax
John.Dempsey@momarlaw.com
Fred.Marcinak@momarlaw.com
*Attorneys for Defendants*

5